UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROMAN TIFFER, )
 )
          Plaintiff, )
 )
v. ) Civil Action No. 19-2627 (UNA)
 )
NOBU DC LLC, *et al.*, )
 )
          Defendants. )

**MEMORANDUM OPINION**

    Plaintiff alleges that he sustained injuries while working in a restaurant in Washington, D.C. This civil action appears to be plaintiff's attempt at judicial review of the District of Columbia Department of Employment Services' decision on his application for workers' compensation benefits. This is a matter over which the Court lacks jurisdiction. "Plaintiff's remedy lies exclusively under the District of Columbia's Workers' Compensation Act ("WCA"), D.C. Code § 32-1501 *et seq.*, which provides for judicial review by the local courts. *See id.* § 32-1522." *Johnson v. Interstate Mgmt. Co. LLC*, No. 12-cv-0478, 2012 WL 1044489, at *1 (D.D.C. Mar. 28, 2012).

    The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss his *pro se* complaint without prejudice. An Order is issued separately.

DATE: September __, 2019          United States District Judge